UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITADEL SERVICING CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CASTLE PLACEMENT, LLC, CASTLE PLACEMENT GROUP, LLC, KENNETH MARGOLIS, and RICHARD LUFTIG,<br><br>　　　　Defendants. | Case No. 19 Civ. 3212 (MKV) |

## **DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4**

MICHAEL R. TEIN declares as follows:

1. I am an attorney admitted to practice before the courts of the States of Florida and Massachusetts and was admitted *pro hac vice* to represent Plaintiff in the above-captioned action. I am the managing partner of Tein Malone PLLC.

2. I submit this declaration pursuant to Local Civil Rule 1.4 in support of the stipulation and order substituting Lowenstein Sandler LLP for Tein Malone PLLC as counsel of record for Plaintiff Citadel Servicing Corporation in this action.

3. I have requested that our firm withdraw from representing Plaintiff in this action and Plaintiff has consented to our withdrawal and the substitution of Reynold Lambert of Lowenstein Sandler LLP as counsel for Plaintiff.

4. Tein Malone PLLC is not asserting a retaining or charging lien in this matter.

5. On December 19, 2019, Judge Failla entered an Opinion and Order granting Defendants' motion to compel arbitration, directing the Clerk of Court to

stay the case, and ordering the parties to update the Court on the status of the arbitration on or before July 3, 2020.

6.     I respectfully submit that the substitution of counsel will not unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the Stipulation and Order of Substitution of Counsel submitted herewith.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2020

_____
MICHAEL R. TEIN