UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITADEL SERVICING CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CASTLE PLACEMENT, LLC, CASTLE PLACEMENT GROUP, LLC, KENNETH MARGOLIS, and RICHARD LUFTIG,<br><br>    Defendants. | Case No. 19 Civ. 3212 (MKV) |

# DECLARATION OF SERVICE

MICHAEL R. TEIN declares as follows:

1. I am a partner in the law firm of Tein Malone PLLC, counsel for Plaintiff Citadel Servicing Corporation.

2. On the date of executing this Declaration, I caused true and correct copies of the following documents: (1) Declaration Pursuant to Local Civil Rule 1.4; (2) Stipulation and Order of Substitution of Counsel; and (3) this Declaration of Service, to be served on the following persons and entities by the following means:

| | |
|---|---|
| James W. Halter, Esq.<br>Rasco Klock Perez & Nieto LLC<br>555 5th Avenue, 17th Floor<br>New York, New York 10017<br>*Attorneys for Defendants*<br><br>*Via ECF* | Reynold Lambert, Esq.<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>*Incoming Attorneys for Plaintiff*<br><br>*Via email*<br><br><br>Citadel Servicing Corporation<br>*Plaintiff*<br><br>*Via email* |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2020

                                        MICHAEL R. TEIN