

July 1, 2020

**VIA ECF**

Honorable Mary Kay Vyskocil, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Citadel Servicing Corporation v. Castle Placement, LLC, et al.*
Case No. 19 Civ. 3212 (MKV)

Dear Judge Vyskocil:

Pursuant to the Court's directive in its Opinion and Order entered on December 19, 2019 (ECF No. 37 at 23), the parties jointly submit this letter to provide an update to the Court regarding the status of the arbitration. To date, the arbitration panel has conducted hearings on February 3, 4, and 5, 2020. The arbitration is scheduled to resume via Zoom between July 6 and July 10, 2020, with two additional hearing days reserved on July 21 and 22, 2020, if necessary. The parties recommend that they provide the Court with another update regarding the status of the arbitration within ninety (90) days of this letter, or on or before September 29, 2020.

We thank the Court for its attention to this matter. We are available at Your Honor's convenience should the Court have any questions or concerns.

Respectfully submitted,

*/s/ Reynold Lambert*
Reynold Lambert
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020
(973) 597-6340
rlambert@lowenstein.com
*Counsel for Plaintiff*

*/s/ James W. Halter*
James W. Halter
RASCO KLOCK PEREZ & NIETO, LLC
555 Fifth Avenue, 17th Floor
New York, New York 10017
(646) 970-4770
jhalter@rascoklock.com
*Counsel for Defendants*